JS-6 / REMAND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELL ISAIS,<br><br>            Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK, a New York corporation, and DOES 1 to 20,<br><br>            Defendants. | Case No. CV13-00769-R (SHx)<br><br>**ORDER LIMITING PLAINTIFF'S MAXIMUM RECOVERY AND REMANDING TO STATE COURT**<br><br>Complaint Filed: 11/13/12 |

The Court, having reviewed the Stipulation to Limit Plaintiff's Maximum Recovery and Remand to State Court, and good cause showing hereby orders that:

1. The maximum total recovery for Plaintiff in this action shall not exceed $35,000, including compensatory damages, punitive damages, penalties, and attorneys' fees).

2. This matter is remanded to the Superior Court of California, County for Los Angeles.

**IT IS SO ORDERED:**

DATED: March 21, 2013

_____
HON. MANUEL L. REAL
United States District Judge